# United States District Court

__WESTERN__ DISTRICT OF __MASSACHUSETTS__

EVERETT J. PRESCOTT, INC.
    Plaintiff

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 03-30297-KPN

FERGUSON ENTERPRISES, INC. and
RICHARD E. KOSTEK,
    Defendants

**TO:** (Name and address of defendant)

FERGUSON ENTERPRISES, INC.
c/o Asst. General Counsel, David Meeker
12500 Jefferson Avenue
Newport News, VA 23602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer D. Sawyer, Esq.
Bernstein, Shur, Sawyer & Nelson
1855 Elm Street, P.O. Box 1120
Manchester, NH 03105-1120

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_(signature)_

(BY) DEPUTY CLERK

December 8, 2003

DATE

_(Seal: Hester Atty. Svcs, Inc. SERVED See Attached)_

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
               Date                           Signature of Server

                                             _____
                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA                              SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

| | |
|---|---|
| **UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MASSACHUSETTS** | STATE/COMMONWEALTH OF: MA      58937 - 1 |

| | |
|---|---|
| EVERETT J. PRESCOTT, INC.<br>In re / v.<br>FERGUSON ENTERPRISES, INC., ET AL | CASE NO:<br>**03-30297-KPN** |

### DAVID MEEKER ASST. GENERAL COUNCEL FOR
### FERGUSON ENTERPRISES, INC.
### 12500 JEFFERSON AVENUE, NEWPORT NEWS, VA 23602

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:** .

### SUMMONS AND COMPLAINT

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:      12/17/2003 @   12:45 PM

METHOD OF SERVICE:

*PERSONAL SERVICE*

SERVER'S NOTES:   WHITE MALE, 60 YRS OLD, 6', 190 LBS, BLUE EYES, WHITE HAIR, NO GLASSES

Dated: 12/19/2003      Signature: *Sandra L. DeMarzio*

COMMONWEALTH OF VIRGINIA      Name: SANDRA L. DEMARZIO
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
SANDRA L. DEMARZIO
who is personally known to me.
Date: 12/19/2003
My commission expires: 4/30/2004      Signature of Notary Public:   STANLEY R. HESTER

H. A. S. I., 4 Norman Drive, Poquoson, VA 23662-1306, Phone 757-868-5833

ELLEN SALEY                                                                  58937 - 1