# United States District Court

WESTERN _____ DISTRICT OF ___MASSACHUSETTS___

EVERETT J. PRESCOTT, INC.
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 03-30297-KPN

FERGUSON ENTERPRISES, INC. and
RICHARD E. KOSTEK,
    Defendants

**TO:** (Name and address of defendant)

RICHARD E. KOSTEK
1 Kennedy Drive
Hadley, MA 01035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer D. Sawyer, Esq.
Bernstein, Shur, Sawyer & Nelson
1855 Elm Street, P.O. Box 1120
Manchester, NH 03105-1120

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  TONY ANASTAS

(BY) DEPUTY CLERK

DATE  December 8, 2003

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  Tuesday, December 16, 2003 at 11:00am |
| NAME OF SERVER (PRINT)  Lawrence Hickey | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by delivering attested copies to his last and usual place of abode, to wit; One Kennedy Drive, Hadley, MA 01035, and by mailing copies to same on Tuesday, December 16, 2003. Also served were: Copy of Summons to Ferguson Enterprises, Inc. c/o Asst. General Counsel, David Meeker and Notification re: Standing Order

## STATEMENT OF SERVICE FEES

| TRAVEL  74.00 | SERVICES  39.64 | TOTAL  113.64 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 16, 2003
              Date

Signature of Server

Sullivan & Company, 21 George Street
Address of Server
Lowell, MA 01852

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.