UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVERETT J. PRESCOTT, INC., )<br>              Plaintiff )<br>)<br>v. )<br>)<br>FERGUSON ENTERPRISES, INC., )<br>et al., )<br>              Defendants ) | Civil Action No. 03cv30297-KPN |

ORDER
April 29, 2004

      Plaintiff filed a complaint in the U.S. District Court on December 8, 2003. A return of service was filed on December 31, 2003, with a responsive pleading due by January 5, 2004. As of this date, no answer has been filed.

      Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on May 21, 2004. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                                KENNETH P. NEIMAN
                                               U.S. Magistrate Judge

                             By:   /s/ Bethaney A. Healy
                                       Bethaney A. Healy
                                       Deputy Clerk