UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVERETT J. PRESCOTT, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 03 CV 30297-KPN |
| FERGUSON ENTERPRISES, INC., *et al.*, | : |
| Defendants. | : |

FILED
[stamp]
U.S. DISTRICT COURT
DISTRICT OF MASS

## STATUS CERTIFICATE

Pursuant to the Court's Order of April 29, 2004, Plaintiff Everett J. Prescott, Inc. ("Prescott"), by and through its undersigned counsel, hereby states that all parties have reached an oral agreement to settle this action. The parties are presently documenting the terms of settlement in a written Settlement Agreement, and they expect the settlement to be consummated within thirty days. Prescott respectfully requests that the Court retain jurisdiction over this action until such time as the terms of settlement are fulfilled.

Dated: May 20, 2004

Respectfully submitted,

_____
Paul McDonald
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Attorneys for Plaintiff
Everett J. Prescott, Inc.