UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVERETT J. PRESCOTT, INC., : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. 03 CV 30297-KPN |
| FERGUSON ENTERPRISES, INC., : *et al.*, | |
| Defendants. : | |

## NOTICE OF DISMISSAL

Plaintiff Everett J. Prescott, Inc., by and through its undersigned counsel, hereby voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: June 29, 2004

Respectfully submitted,

_____
Paul McDonald
Bernstein, Shur, Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 774-1200

Attorneys for Plaintiff
Everett J. Prescott, Inc.

## CERTIFICATE OF SERVICE

I, Paul McDonald, hereby certify that on this date I caused a copy of the foregoing Notice Of Dismissal to be served on counsel for the Defendants *via* first class mail, postage prepaid, at the following addresses:

> David Meeker, Esquire
> Assistant General Counsel
> Ferguson Enterprises, Inc.
> 12500 Jefferson Avenue
> Newport News, Virginia 23602

Dated: June 29, 2004

_____
Paul McDonald